IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MAYRA I. ALVARADO HERNANDEZ, Defendant. | INDICTMENT<br><br>CRIMINAL NO. 05-___<br><br>VIOLATION: TITLE 21 U.S.C. 841(a)(1) and 846.<br><br>(ONE COUNT) |

THE GRAND JURY CHARGES:

### GENERAL ALLEGATION

At all times pertinent to this Indictment:

The defendant herein MAYRA I. ALVARADO HERNANDEZ was a Correctional Officer for the Puerto Rico Department of Corrections assigned to the correctional institution in Bayamon Annex 308.

### COUNT ONE

From on or about October 15, 2004, to on or about October 19, 2004, in the District of Puerto Rico and within the jurisdiction of this Court,

**MAYRA I. ALVARADO HERNANDEZ,**

the defendant herein, did knowingly, intentionally and unlawfully attempt to possess with intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance; all in violation of Title 21, United States Code, §§ 841 (a) (1) and 846.

### AFFIRMATIVE ACTS

During and in furtherance of the offense charged herein the defendant committed, among others, the following affirmative acts:

-1-

1. From on or about October 15, 2004, to on or about October 19, 2004, the defendant herein negotiated the introduction of narcotics into the correctional institution of Bayamon Annex 308.

2. On October 19, 2004, the defendant herein received a cash payment of one thousand eight hundred dollars ($1,800) in order to introduce and deliver purported narcotics into the correctional institution.

3. On October 19, 2004, the defendant herein introduced into the correctional institution and delivered for further distribution purported narcotics.

All in violation of Title 21, United States Code, § 846.

TRUE BILL


FOREPERSON

H.S. GARCIA
United States Attorney

Sonia Torres
Assistant U.S. Attorney
Chief Criminal Division

Jenifer Y. Hernández Vega
Assistant U.S. Attorney
Dated: August 25, 2005