# United States District Court

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

MAYRA I. ALVARADO-HERNANDEZ

WARRANT FOR ARREST

CRIMINAL NO: 05- 292 (JAF)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MAYRA I. ALVARADO-HERNANDEZ**

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment  __ Information __ Complaint __ Order of court  __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly, intentionally and unlawfully attempt to possess with intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance; all in violation of Title 21, United States Code, §§ 841 (a) (1) and 846.

___AIDA M. DELGADO-COLON___
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

AUGUST 25, 2005, HATO REY, PUERTO RICO
Date and Location

_____
Signature of Issuing Officer

BY: SARAH V. RAMON, DEPUTY CLERK

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 8/26/05 Date of Arrest 8/26/05 | Name and Title of Arresting Officer SA Andrew E Litowitz FBI, BS | Signature of Arresting Officer Andr. S. Litow |

AO 442 (Rev. 12/85) Warrant for Arrest