✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MAYRA I. ALVARADO-HERNANDEZ

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: _05MJ642_____

CHARGING DISTRICTS
CASE NUMBER:        05-292 _____

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of _____PUERTO RICO_____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____ ,

*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

_NOTIFIED BY PRETRIAL SERVICES PUERTO RICO_ on _____ .

*Date and Time*

*Signature of Judge*

| 8/31/2005 | KENNETH P. NEIMAN | MAGISTRATE JUDGE |
|---|---|---|
| *Date* | *Name of Judge* | *Title of Judge* |